# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| MARK A. WALDROP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:16-cv-235-HLM |
| vs. ) | |
| ) | JURY TRIAL DEMANDED |
| COMMUNITY HEALTH SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT COMMUNITY HEALTH SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Mark A. Waldrop (hereinafter "Mr. Waldrop"), by and through counsel and pursuant to Federal Rule of Civil Procedure 56 and LR 7.1B, NDGa, hereby responds to Defendant Community Health Systems, Inc.'s Motion for Summary Judgment (Doc. 64). In support of this response, Mr. Waldrop relies on the following: (1) all pleadings and other documents filed to date in this case, which are incorporated herein by reference; (2) Second Affidavit of Gary L. Henry, with exhibits, which is attached hereto as *Exhibit 1*; (3) Second Declaration of Mark A. Waldrop, which is attached hereto as *Exhibit 2*; (4) Declaration of Richard A. Powell, with exhibit, which is attached hereto as *Exhibit 3*; (5) Plaintiff's Response to Defendant Community Health Systems, Inc.'s Statement of Undisputed

1

Material Facts and Statement of Additional Facts Creating a Disputed Issue for Trial, which is filed contemporaneously with this response; and (6) Memorandum of Law in Support of Plaintiff's Response to Defendant Community Health Systems, Inc.'s Motion for Summary Judgment, which is filed contemporaneously with this response.  These documents show that:  (1) Defendant did not comply – substantially or otherwise – with the notice provisions of Mr. Waldrop's employment agreement; and (2) there are multiple genuine issues of material fact relating to Mr. Waldrop's employment with Defendant precluding the entry of summary judgment in Defendant's favor on breach of contract, attorney's fees, and breach of fiduciary duty claims.  Therefore, Defendant Community Health Systems, Inc.'s Motion for Summary Judgment (Doc. 64) should be denied in its entirety.

Respectfully submitted,

GEARHISER, PETERS, ELLIOTT &
  CANNON, PLLC

By: s/Gary L. Henry
    R. Wayne Peters (Ga. Bar #573700)
        (wpeters@gearhiserpeters.com)
    Gary L. Henry (Ga. Bar #107821)
        (ghenry@gearhiserpeters.com)
320 McCallie Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-5171
Facsimile: (423) 266-1605
*Attorneys for Plaintiff Mark A. Waldrop*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this document has been prepared with one of the font and point selections approved by the Court in Civil Local Rule of Practice 5.1B.

GEARHISER, PETERS, ELLIOTT &
  CANNON, PLLC

By: s/Gary L. Henry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties or their attorneys of record as follows:

>Harold T. Daniel, Jr., Esq. (harold.daniel@hklaw.com)
>Latoya Brisbane, Esq. (latoya.brisbane@hklaw.com)
>Holland & Knight LLP
>Regions Plaza, Suite 1800
>1180 West Peachtree Street
>Atlanta, Georgia 30309

This the  4th  day of August, 2017.

>>GEARHISER, PETERS, ELLIOTT &
>>   CANNON, PLLC

>>By: s/Gary L. Henry