# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:16-cv-00235-HLM
### Waldrop v. Community Health Systems, Inc.
### Honorable John K Larkins, III

Minute Sheet for proceedings held In Open Court on 12/12/2017.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 3:01 P.M.     TAPE NUMBER: FTR
TIME IN COURT: 5:26                 DEPUTY CLERK: Cynthia Mercado
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Latoya Brisbane representing Community Health Systems, Inc.<br>Harold Daniel representing Community Health Systems, Inc.<br>Gary Henry representing Mark A. Waldrop<br>R. Peters representing Mark A. Waldrop |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement Conference Held. Case Settled. |