## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| **MARK A. WALDROP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| **v.** | ) | |
| | ) | **4:16-cv-00235-HLM** |
| **COMMUNITY HEALTH** | ) | |
| **SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Mark A. Waldrop ("Plaintiff") and Defendant

Community Health Systems, Inc. ("Defendant") (collectively, the "Parties") and,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby

voluntarily dismiss all claims and counterclaims and causes of action brought in

the above-captioned matter WITH PREJUDICE.  Each party shall bear its own

costs, expenses, and attorneys' fees.

This  17th  day of January, 2018.

| | |
|---|---|
| **Gearhiser, Peters, Elliott & Cannon, PLLC** | **HOLLAND & KNIGHT LLP** |

*s/Gary L. Henry*
R. Wayne Peters, Esq.
Georgia Bar No. 573700
Gary L. Henry, Esq.
Georgia Bar No. 107821
320 McCallie Avenue
Chattanooga, Tennessee  37402
E-Mail:  wpeters@gearhiserpeters.com
             ghenry@gearhiserpeters.com

*Counsel for Plaintiff Mark A. Waldrop*

*s/Harold T. Daniel, Jr., by GLH with permission*
Harold T. Daniel Jr.
Georgia Bar No. 204000
Latoya Brisbane
Georgia Bar No. 935818
Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
E-Mail:  harold.daniel@hklaw.com
             latoya.brisbane@hklaw.com

*Counsel for Defendant*
*Community Health Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this day that the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed and served upon the following parties of record via the Court's CM/ECF system and via electronic mail:

Harold T. Daniel, Jr., Esq.
Latoya Brisbane, Esq.
Holland & Knight LLP
Regiona Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia 30309
harold.daniel@hklaw.com
latoya.brisbane@hklaw.com

This  17th  day of January, 2018.

**GEARHISER, PETERS, ELLIOTT & CANNON, PLLC**

By:     *s/Gary L. Henry*